The Honorable Jamal N. Whitehead

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| JEFFREY HILL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RIVIAN, LLC, a foreign limited liability company; RIVIAN AND VW GROUP TECHNOLOGY, LLC, a foreign limited liability company; RIVIAN INSURANCE SERVICES, LLC, a foreign limited liability company; RIVIAN AUTOMOTIVE, LLC, a foreign limited liability company; and DOES 1-20, as yet known Washington entities,<br><br>Defendants. | Case No. 2:25-cv-01552-JNW<br><br>**STIPULATED MOTION TO REMAND CASE** |

## STIPULATION

The above-captioned case was removed to this Court from the Washington State Superior Court for King County ("King County Superior Court") on August 14, 2025. The parties stipulate to remanding the case to King County Superior Court, pursuant to 28 U.S.C. § 1447 and striking Rivian and VW Group Technology, LLC's Motion to Dismiss, Dkt. #11.[1] Consequently, the parties

---

[1] The parties have agreed that, once remanded, Plaintiff will file an amended complaint without Rivian and VW Group Technology, LLC (including its amended entity name of Rivian and Volkswagen Group Technologies, LLC), thereby dismissing Rivian and VW Group Technology, LLC and Rivian and Volkswagen Group Technologies, LLC.

STIPULATED MOTION TO REMAND CASE
[NO. 2:25-CV-01552-JNW] - 1

Seyfarth Shaw LLP
999 Third Avenue
Suite 4700
Seattle, Washington 98104-4041
(206) 946-4910

respectfully move the Court to enter the accompanying proposed order, thereby remanding this case to King County Superior Court.

IT IS SO STIPULATED this September 8, 2025.

By: */s/ Kyle D. Nelson*
Kyle D. Nelson, WSBA No. 49981
Matthew R. Kelly, WSBA No. 48050
Josh M. Goldberg, WSBA No. 60733

**Seyfarth Shaw LLP**
999 Third Avenue, Suite 4700
Seattle, Washington 98104-4041
Phone: (206) 946-4910
Email: knelson@seyfarth.com
  mrkelly@seyfarth.com
  jmgoldberg@seyfarth.com

*Attorneys for Defendants Rivian LLC and Rivian and VW Group Technology, LLC*

By: */s/ Paul Cirpiani*
Timothy W. Emery, WSBA No 34078
Patrick B. Reddy, WSBA No. 34092
Paul Cipriani, WSBA No. 59991
Hannah M. Hamley, WSBA No. 59020

**Emery Reddy, PLLC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Email: emeryt@emeryreddy.com
  reddyp@emeryreddy.com
  paul@emeryreddy.com
  hannah@emeryreddy.com

*Attorneys for Plaintiff*

STIPULATED MOTION TO REMAND CASE
[NO. 2:25-CV-01552-JNW] - 2

Seyfarth Shaw LLP
999 Third Avenue
Suite 4700
Seattle, Washington  98104-4041
(206) 946-4910

**ORDER**

This Matter came before the Court on Plaintiff's and Defendants' Stipulated Motion to Remand Case (the "Stipulated Motion"). The Court ORDERS:

1. The Stipulated Motion is GRANTED.

2. Rivian and VW Technology, LLC's Motion to Dismiss, Dkt. #11, is stricken.

3. The above-captioned case is REMANDED to the Washington State Superior Court for King County (the "King County Superior Court"), where it had previously been docketed as Case No. 25-2-21452-4-SEA. The King County Superior Court may proceed with the case.

4. Pursuant to 28 U.S.C. § 1447(c), the Clerk of this Court shall mail a certified copy of this Order to the clerk of the King County Superior Court.

5. Neither party is awarded fees or costs.

6. The Clerk is directed to close this case.

IT IS SO ORDERED.

DATED this 11th day of September, 2025.

_____
THE HONORABLE JAMAL N. WHITEHEAD

STIPULATED MOTION TO REMAND CASE
[NO. 2:25-CV-01552-JNW] - 3

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington 98104-4041
(206) 946-4910